■ In the Matter of the Claim of SANDRA B. ALWORTH, Appellant. JOHN E. SWEENEY, as Commissioner of Labor, Respondent. [648 NYS2d 355] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed January 3, 1996, which, inter alia, ruled that claimant did not timely request a hearing before an Administrative Law Judge.

Claimant admittedly received and read a notice of determination finding her ineligible to receive unemployment insurance benefits and liable for a recoverable overpayment of $4,950 for benefits received between March 29, 1993 and March 27, 1994. The notification, dated September 30, 1994, specifically informed claimant that she had 30 days from its date to request a hearing to contest it (see, Labor Law § 620 [1] [a]). Accordingly, the Board's decision finding that claimant's request for a hearing, dated February 7, 1995, was untimely is supported by substantial evidence and must be affirmed (see, Matter of Hart [Hudacs], 199 AD2d 667).

Mikoll, J. P., Casey, Yesawich Jr., Spain and Carpinello, JJ., concur. Ordered that the decision is affirmed, without costs.